UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN STRAT
KARRAS BEY, *et al.*,

    Plaintiffs,

v.

PEOPLE OF THE STATE
OF MICHIGAN,

    Defendants.

Case No. 24-cv-12761
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

On October 17, 2024, Plaintiffs Steven Strat Karras Bey and Alaiza Sandra Maldonado El filed this action against the Defendants. (*See* Compl., ECF No. 1.) Plaintiffs allege that their constitutional rights were violated during a traffic stop on July 18, 2023. (*See id.*)

When Plaintiffs filed this action, they failed to either submit an application to proceed *in forma pauperis* ("IFP") or pay the required filing fee. Accordingly, on October 18, 2024, the Court issued a Notice to Plaintiffs informing them that they needed to "promptly" pay the filing fee or submit an application to proceed IFP. (Notice, ECF No. 3, PageID.7.) The Court then warned Plaintiffs that "[i]f the filing fee is not received by the Clerk's Office or if an application to proceed in [IFP] is

1

not filed within fourteen calendar days of this notice, this case may be dismissed." (*Id.*)

Plaintiffs have not paid the required filing fee, submitted an application to proceed IFP, or asked the Court for any additional time to submit their application or payment to the Court. Accordingly, because Plaintiffs have failed to file an application to proceed IFP or pay the required filing fee, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 4, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager