UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN STRAT
KARRAS BEY, *et al.*,

    Plaintiffs,

v.

PEOPLE OF THE STATE
OF MICHIGAN,

    Defendants.

Case No. 24-cv-12761
Hon. Matthew F. Leitman

_____/

# JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 4, 2025
Detroit, Michigan

1